# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-196-151

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
March 23, 2020

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:**  Sunshine Skyway Bridge

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 08, 2013
**Nation of 1st Publication:** United States

### Author

- **Author:** Don Sullivan
  **Author Created:** Photograph
  **Citizen of:** United States
  **Year Born:** 1960

### Copyright Claimant

**Copyright Claimant:** Don Sullivan
14409 Quail Trail Ct, Orlando, FL, 32837

### Certification

**Name:** Barbara Konecny, Authorized agent of Author/Owner
**Date:** February 26, 2020

**Copyright Office notes:**  Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.