# Exhibit 2




## OUR SERVICES



Marine Berth Transfer Operations



Terminal Maintenance



Pressure Testing



## WHO WE ARE

### About JW Tech Services, LLC

JW Tech Services, LLC is based out of Tampa, Florida and operates in ports throughout the Southeastern United States. With over 20 years of experience in the downstream oil and gas industries, our clients range from Fortune 500 Companies to local and regional petroleum facility operators.

All JW Tech employees possess a Transportation Worker ID (TWIC) and a Port Pass.
All JW Tech employees are trained in hazardous work safety and MARSEC level security protocols.

### JW Tech Services, LLC

863-860-3319

**CONTACT US**







Copyright © 2022 JW Tech Services - All Rights Reserved.

Powered by GoDaddy